UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER JONES, | ) |
| Plaintiff, | ) Case No. 1:23-cv-00368-CFC |
| v. | ) |
| NUVASIVE, INC., J. CHRISTOPHER BARRY, AMY BELT RAIMUNDO, DANIEL J. WOLTERMAN, JOHN DEFORD, LESLIE V. NORWALK, ROBERT F. FRIEL, R. SCOTT HUENNEKENS, SIDDHARTHA KADIA, and VICKIE L. CAPPS, | ) JURY TRIAL DEMANDED |
| Defendants.. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: May 22, 2023

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*